**Order entered July 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00278-CV

**FRANK RONALD CLARK, ET AL., Appellants**

**V.**

**ALFRED LITCHENBURG, ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00983-2016**

## ORDER

Before the Court is the July 23, 2018 second request of court reporter Sheri Vecera for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **July 30, 2018**.

/s/      ADA BROWN
JUSTICE